**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

CAROLINA MOREIRA HOYER,

  Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS,
INC.,

  Defendant.

_____/

CASE NO.: 3:25-cv-00039-MCR-ZCB

**NOTICE OF SETTLEMENT AS TO DEFENDANT,**
**LEXISNEXIS RISK SOLUTIONS, INC.**

COMES NOW Plaintiff, Carolina Moreira Hoyer, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, LexisNexis Risk Solutions, Inc., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 26th day of September, 2025.

/s/ **Octavio Gomez**
Octavio "Tav" Gomez, Esq.
Florida Bar #: 0338620
Georgia Bar #: 617963
Pennsylvania Bar #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd, Suite 610
Tampa, Florida 33602
Cell: (813) 299-8537
Facsimile: (844) 951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 26th day of September, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ **Octavio Gomez**
Octavio "Tav" Gomez, Esq.
Florida Bar #: 0338620
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*

2