**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CAROLINA MOREIRA HOYER,**

     **Plaintiff,**

**v.**                                   **CASE NO. 3:25-cv-39-MCR-ZCB**

**LEXISNEXIS RISK SOLUTIONS,**
**INC.,**

     **Defendant.**
_____/

## ORDER

The Court has been informed that the parties have reached a settlement of this matter.  *See* ECF No. 12.  Therefore, the Court hereby **DISMISSES** the above-entitled action from the active docket of the Court.  In the event the settlement is not consummated, the Court reserves the power to reopen the case for further proceedings on motion filed by any party within sixty (60) days of the date of this Order and a showing of good cause.  At this time, the Clerk is directed to close the file in this case for administrative purposes.  At the expiration of sixty (60) days without activity, the Clerk is directed to close the case in its entirety for all purposes.

**DONE and ORDERED** on this 20th day of October 2025.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**